170 A.3d 332

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYRELL JACKSON, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002372–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 333

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
ISAAC A. YOUNG, DEFENDANT–RESPONDENT.

September 11, 2017

ORDER

It is ORDERED that the motion of the New Jersey Department of Children and Families for leave to participate in oral argument is granted. Oral argument is limited to five minutes.